COM.

v.

**GASPARICH, A.**

**1754 MDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–36–CR–0004383–2010 (Lancaster)

Affirmed

**TUOMI, D.**

v.

**EXTENDICARE**

**865 WDA 2014**

Superior Court of Pennsylvania.

04/07/2017

2013–1583 (Washington)

Reversed/Remanded

**COM.**

v.

**KHOKHAR, I.**

**112 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–02–CR–0005915–2015 (Allegheny)

Affirmed

**LAPINSKI, R.**

v.

**POLING, D.**

**250 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

10754 of 2014 (Beaver)

Affirmed

**COM.**

v.

**OSORIO, M.**

**723 WDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–02–SA–0000722–2016 (Allegheny)

Affirmed